**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

DEANGELO MARQUEZ CALVIN,

Plaintiff,

v. No. 24-cv-2098-SHM-tmp

SHELBY COUNTY, TENNESSEE,

Defendant.

---

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

---

COME NOW Plaintiff Deangelo Marquez Calvin and Defendant Shelby County, Tennessee, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby submit this Stipulation to dismiss all of Plaintiff's claims against Defendant in this cause with prejudice.

Respectfully submitted,

*/s/ R. H. Chip Chockley*

R. H. "CHIP" CHOCKLEY (#20680)
chip.chockley@shelbycountytn.gov
JULIA MARIE HALE (#37204)
julia.hale@shelbycountytn.gov
SHELBY COUNTY ATTORNEY'S OFFICE
160 North Main Street, Suite 950
Memphis, TN 38103
(901) 222-2100
*Attorneys for Defendant Shelby County*

/s/ Melissa J. Stewart
Melissa J. Stewart (#40638)
SAUDER SCHELKOPF
1109 Lancaster Avenue
Berwyn, PA 19312
612-990-1919
mjs@sstriallawyers.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that the foregoing is being filed via the Court's ECF system this 13th day of April, 2026, for service on all persons registered in connection with this civil action.

*/s/ R. H. Chip Chockley*