**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | |
|---|---|
| **DEANGELO MARQUEZ CALVIN,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SHELBY COUNTY, TENNESSEE,**<br><br>**Defendant.** | **Case No.24-cv-2098-SHM-tmp** |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Parties' April 13, 2026 Stipulation of Dismissal with Prejudice (ECF No. 20), this Action is hereby **DISMISSED WITH PREJUDICE.**

So ordered this 13th day of April, 2026.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE