**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**DEANGELO MARQUEZ CALVIN,**

**Plaintiff,**

**v.** **Case No. 24-cv-2098-SHM-tmp**

**SHELBY COUNTY, TENNESSEE,**

**Defendant.**

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed April 13, 2026.

## APPROVED:

/s/ *Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

*April 13, 2026*
DATE

WENDY R. OLIVER
CLERK

JAIRO MENDEZ
(By) DEPUTY CLERK